UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re:  ROEPKE, AUGUST H. | Chapter 7 |
| Debtor(s) | Case No. 17-81481 |
| | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on August 28, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Mark S. Bernachea
The Semrad Law Firm LLC
20 S. Clark Street 28th Floor
Chicago, IL  60603

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Certificate of Service.wpd

BK OF AMER
9000 SOUTHSIDE BLV FL9-600-02-15
JACKSONVILLE, FL 32256-0793

BMO HARRIS BANK NA
PO BOX 94034
PALATINE, IL 60094-4034

BMO HARRIS TRUST& SAVI
111 W MONROE ST
CHICAGO, IL 60603-4095

CAP1/MNRDS
90 CHRISTIANA RD
NEW CASTLE, DE 19720-3118

CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

CHASE CARD
1250 S CLEARVIEW DR #100
MESA, AZ 85209-3378

Centegra Hospital - McHenry
4201 W Medical Center Dr
McHenry, IL 60050-8409

DISCOVER FIN SVCS LLC
PO Box 3025
New Albany, OH 43054-3025

Express Scripts
PO Box 790227
Saint Louis, MO 63179-0227

FIA CS
PO BOX 982238
EL PASO, TX 79998-2238

H & R ACCOUNTS INC
7017 JOHN DEERE PKWY
MOLINE, IL 61265-8072

IRS 1
PO Box 7346
Philadelphia, PA 19101-7346

KOHLS/CAPONE
PO BOX 3115
MILWAUKEE, WI 53201-3115

MI/BMOHARRIS
PO BOX 1111
MADISON, WI 53701-1111

TARGET NB
PO BOX 673
MINNEAPOLIS, MN 55440-0673

TDRCS/MICHAEL HILL JEW
1000 MACARTHUR BLVD
MAHWAH, NJ 07430-2035

Title Max
6319 Northwest Hwy
Crystal Lake, IL 60014-7934

University of Illinois at Chicago
College of Dentistry
801 S. Paulina Street
Chicago, IL 60612-7210

August H Roepke
24821 Jensen Street
Shorewood, IL 60404