**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
October 01, 2018 - October 31, 2018
Page 1 of 4

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $33,117.05 | $0.00 |
| **Total** | | **$33,117.05** | **$0.00** |

## Notable Information For You...

*Did you know that electronic copies of bank statements and check images may be found within your BMS software? Rabobank issues electronic copies of each month's bank statement and check images automatically to BMS clients.* **CaseLink Office** *and* **TrustWorks** *users can find copies within QuikDocs.* **CaseLink Web** *users can find copies within the documents module. Look for the copies in the banking folder within each specific case.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**    *Return Service Requested*

Period Covered:
October 01, 2018 - October 31, 2018
Page 2 of 4

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

**📞 Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 8 | **Beginning Balance** | **$33,117.05** |
| Avg Collected Balance | $7,518.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $33,117.05 |
| | | **Ending Balance** | **$0.00** |

### Checks

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 104 | 10-03 | 5,158.50 | 107 | 10-15 | 4,710.51 | 110 | 10-10 | 483.80 |
| 105 | 10-03 | 407.13 | 108 | 10-15 | 460.50 | 111 | 10-09 | 34.32 |
| 106 | 10-03 | 4,996.48 | 109 | 10-09 | 16,865.81 | | | |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 33,117.05 | 10-09 | 5,654.81 | 10-15 | 0.00 |
| 10-03 | 22,554.94 | 10-10 | 5,171.01 | | |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number 5021180666
Period Covered:
October 01, 2018 - October 31, 2018
Page 3 of 4



| 10/03/18 | #104 | $5,158.50 | 10/03/18 | #104 | $5,158.50 |
| 10/03/18 | #105 | $407.13 | 10/03/18 | #105 | $407.13 |
| 10/03/18 | #106 | $4,996.48 | 10/03/18 | #106 | $4,996.48 |
| 10/15/18 | #107 | $4,710.51 | 10/15/18 | #107 | $4,710.51 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number      5021180666
Period Covered:
October 01, 2018 - October 31, 2018
Page 4 of 4



| 10/15/18 | #108 | $460.50 |
| 10/15/18 | #108 | $460.50 |
| 10/09/18 | #109 | $16,865.81 |
| 10/09/18 | #109 | $16,865.81 |
| 10/10/18 | #110 | $483.80 |
| 10/10/18 | #110 | $483.80 |
| 10/09/18 | #111 | $34.32 |
| 10/09/18 | #111 | $34.32 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
September 01, 2018 - September 30, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $33,117.05 | $33,117.05 |
| **Total** | | **$33,117.05** | **$33,117.05** |

## Notable Information For You...

*The BMS Banking Center and Rabobank would like to provide you a few simple tips to make sure your deposits are processed as quickly as possible:*

*1) Forego staples.*
*2) Ensure the MICR line is printed on the bottom of the deposit slip.*
*3) Pair deposit slip with the check(s) to be deposited with the deposit slip on top.*
*4) Make sure your system is communicating with the bank with these helpful tips: http://bit.ly/1Nfy2HL.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  *Return Service Requested*

Period Covered:
September 01, 2018 - September 30, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

### Account Number: 5021180666

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$33,117.05** |
| Avg Collected Balance | $33,117.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$33,117.05** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
August 01, 2018 - August 31, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
|    TRUSTEE CHECKING | 5021180666 | $33,117.05 | $33,117.05 |
| **Total** | | **$33,117.05** | **$33,117.05** |

## Notable Information For You...

*Help ensure your banking security by completing challenge questions in both your CaseLink and TrustWorks software. Remember, these guidelines have been put in place to confirm your identity to the BMS Banking Center and the Rabobank banking team. Knowing your challenge questions and answers will help you avoid any banking transaction delays. If you have any questions, please contact the BMS Banking Center by email or by phone at 800-634-7734.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**   *Return Service Requested*

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$33,117.05** |
| Avg Collected Balance | $33,117.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$33,117.05** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
July 01, 2018 - July 31, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $33,117.05 | $33,117.05 |
| **Total** | | **$33,117.05** | **$33,117.05** |

## Notable Information For You...

*Rabobank and the BMS Banking Center would like to remind you to follow these guidelines when printing payroll checks through a third party company:*

1) *Open a separate DDA account for payroll activity. Provide this account number and the Rabobank ABA number to your payroll processor.*

2) *Request that the payroll company begin with check serial number 1000.*

3) *Request the payroll company provide the check data to you in either an Excel (.xlsx) or a comma-delimited (CSV) format at least 72 hours before the checks are issued.*

4) *Send this data file to the BMS Banking Center at least 48 hours before the checks are issued.*

*Following these guidelines will ensure check recipients receive the funds due to them without any issues and will also help to reduce the risk associated with check fraud.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

*Return Service Requested*

Period Covered:
July 01, 2018 - July 31, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$33,117.05** |
| Avg Collected Balance | $33,117.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $0.00 |
| | | **Ending Balance** | **$33,117.05** |

***No activity this statement period***

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
June 01, 2018 - June 30, 2018
Page 1 of 3

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $42,156.91 | $33,117.05 |
| **Total** | | **$42,156.91** | **$33,117.05** |

## Notable Information For You...

*When checks are deposited into your account, it is suggested to wait several business days after the deposit prior to writing checks against these funds.*

*Checks that are in foreign currency are subject to a longer collection process depending on the action of the foreign institution being collected on.*

*Although Returned Deposit Items don't happen often, they may occur for various reasons such as insufficient funds or Stop Payments. In the event your case has a Returned Deposit Item, BMS will notify you via email and Rabobank will send a notification through regular mail.*

*Should you receive a Returned Deposit Item notice and there are insufficient funds, please consider placing a stop payment on checks that were issued against those funds and do not distribute any checks until funds are available.*

*Trustees may contact the maker to arrange for a replacement check, if applicable.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
June 01, 2018 - June 30, 2018
Page 2 of 3

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

Account Number: 5021180666

| | | | |
|---|---|---|---|
| Enclosures | 2 | **Beginning Balance** | **$42,156.91** |
| Avg Collected Balance | $40,945.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $9,039.86 |
| | | **Ending Balance** | **$33,117.05** |

### Checks

\* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|
| 102 | 06-11 | 18.79 | 103 | 06-27 | 8,963.34 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 06-29 | BANK & TECH FEE | 57.73 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 42,156.91 | 06-27 | 33,174.78 | 06-29 | 33,117.05 |
| 06-11 | 42,138.12 | | | | |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number    5021180666
Period Covered:
June 01, 2018 - June 30, 2018
Page 3 of 3



| 06/11/18 | #102 | $18.79 |
| 06/27/18 | #103 | $8,963.34 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
May 01, 2018 - May 31, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
|   TRUSTEE CHECKING | 5021180666 | $42,223.72 | $42,156.91 |
| **Total** | | **$42,223.72** | **$42,156.91** |

## Notable Information For You...

*Rabobank and BMS remind you to be vigilant in keeping your account numbers and other personally identifiable information (PII) secure.*

*If Rabobank contacts you by phone, they will always ask you to verify your answers to the security questions set in the BMS software before discussing your information. Rabobank will never ask for PII through an email.*

*Please notify the BMS Banking Center immediately if you are contacted by phone and asked for your account number or other PII, when the requestor does not ask you to first verify your answers to your security questions. Be prepared to report as much information as possible including a name, phone number, location and any other details you are able to gather. The BMS Banking Center will notify the Rabobank Fraud Department immediately on your behalf.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**  *Return Service Requested*

Period Covered:
May 01, 2018 - May 31, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| Case Number | 17-81481 |
|---|---|
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                    Account Number: 5021180666

| Enclosures | 0 | **Beginning Balance** | **$42,223.72** |
|---|---|---|---|
| Avg Collected Balance | $42,221.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $66.81 |
| | | **Ending Balance** | **$42,156.91** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 05-31 | BANK & TECH FEE | 66.81 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-30 | 42,223.72 | 05-31 | 42,156.91 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
April 01, 2018 - April 30, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

Case Number                17-81481
Case Name         ROEPKE. AUGUST H Debtor
Trustee Number             0000330400
Trustee Name      Joseph D Olsen Trustee

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $42,282.50 | $42,223.72 |
| **Total** | | **$42,282.50** | **$42,223.72** |

## Notable Information For You...

*Reminder: Make sure to include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits.*

*On a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits. The duplicate copies either do not include the MICR line or have a "Duplicate" watermark printed on them and should be retained for your records.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Period Covered:
April 01, 2018 - April 30, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$42,282.50** |
| Avg Collected Balance | $42,280.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $58.78 |
| | | **Ending Balance** | **$42,223.72** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 04-30 | BANK & TECH FEE | 58.78 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 03-31 | 42,282.50 | 04-30 | 42,223.72 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
March 01, 2018 - March 31, 2018
Page 1 of 3

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $50,694.79 | $42,282.50 |
| **Total** | | **$50,694.79** | **$42,282.50** |

## Notable Information For You...

*Need more UPS supplies to send your deposits into Rabobank? You can order supplies yourself by logging into http://campusship.ups.com.*

*Complete instructions (including login credentials) can be found on the BMS Client Portal (https://myResources.bms7.com) > Request Supplies > UPS Information > Ordering Guide.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank

*Return Service Requested*

Period Covered:
March 01, 2018 - March 31, 2018
Page 2 of 3

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

### Account Number: 5021180666

| | | | |
|---|---|---|---|
| Enclosures | 1 | **Beginning Balance** | **$50,694.79** |
| Avg Collected Balance | $39,935.00 | + Total Additions | $6,645.75 |
| | | - Total Subtractions | $15,058.04 |
| | | **Ending Balance** | **$42,282.50** |

### Checks

* Indicates a Skip in Check Number(s)
"E" Indicates an Electronic Check

| Check # | Date | Amount |
|---|---|---|
| 101 | 03-08 | 15,000.00 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-30 | BANK & TECH FEE | 58.04 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 03-27 | DEPOSIT 100002 | 6,645.75 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | 50,694.79 | 03-27 | 42,340.54 | 03-30 | 42,282.50 |
| 03-08 | 35,694.79 | | | | |

**Rabobank, N.A.**

PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

Account Number    5021180666
Period Covered:
March 01, 2018 - March 31, 2018
Page 3 of 3



| 03/08/18 | #101 | $15,000.00 | 03/08/18 | #101 | $15,000.00 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

**Rabobank**   *Return Service Requested*

Rabobank, N.A.
Member FDIC

NMLS #649477



Period Covered:
February 01, 2018 - February 28, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $50,762.93 | $50,694.79 |
| **Total** | | **$50,762.93** | **$50,694.79** |

## Notable Information For You...

*Reminder: Make sure to include the deposit slip printed with the MICR line (Account/Routing number) with your check deposits.*

*On a multi-copy deposit slip, the top copy is printed with the MICR line and should be provided with the deposits. The duplicate copies either do not include the MICR line or have a "Duplicate" watermark printed on them and should be retained for your records.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Rabobank*  *Return Service Requested*

Period Covered:
February 01, 2018 - February 28, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$50,762.93** |
| Avg Collected Balance | $50,760.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $68.14 |
| | | **Ending Balance** | **$50,694.79** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 02-28 | BANK & TECH FEE | 68.14 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 01-31 | 50,762.93 | 02-28 | 50,694.79 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC
NMLS #649477

Period Covered:
January 01, 2018 - January 31, 2018
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $50,843.37 | $50,762.93 |
| **Total** | | **$50,843.37** | **$50,762.93** |

## Notable Information For You...

*Reminder: To ensure your banking security, we recommend that you perform periodic audits to ensure challenge questions are completed and banking permissions are up to date for all staff members in your practice in both your CaseLink and TrustWorks software. Remember, these guidelines have been put in place to confirm your identity to the BMS Banking Center and the Rabobank banking team as well as allowing only those staff members with the appropriate rights to access your bank information. Knowing your challenge questions and answers will help you avoid any banking transaction delays. If you have any questions, please contact the BMS Banking Center by email or by phone at 800-634-7734.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com

Rabobank

*Return Service Requested*

Period Covered:
January 01, 2018 - January 31, 2018
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING

**Account Number: 5021180666**

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$50,843.37** |
| Avg Collected Balance | $50,840.00 | + Total Additions | $0.00 |
| | | - Total Subtractions | $80.44 |
| | | **Ending Balance** | **$50,762.93** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 01-31 | BANK & TECH FEE | 80.44 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12-31 | 50,843.37 | 01-31 | 50,762.93 |

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*



Rabobank, N.A.
Member FDIC

NMLS #649477

Period Covered:
December 01, 2017 - December 31, 2017
Page 1 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## CONSOLIDATED BALANCE SUMMARY

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 5021180666 | $0.00 | $50,843.37 |
| **Total** | | **$0.00** | **$50,843.37** |

## Notable Information For You...

*Reminder: To ensure your banking security, we recommend that you perform periodic audits to ensure challenge questions are completed and banking permissions are up to date for all staff members in your practice in both your CaseLink and TrustWorks software. Remember, these guidelines have been put in place to confirm your identity to the BMS Banking Center and the Rabobank banking team as well as allowing only those staff members with the appropriate rights to access your bank information. Knowing your challenge questions and answers will help you avoid any banking transaction delays. If you have any questions, please contact the BMS Banking Center by email or by phone at 800-634-7734.*

IN CASE OF ERRORS OR QUESTIONS

REGARDING YOUR STATEMENTS

Telephone us at (800) 465-2415

**Rabobank, N.A.**
PO Box 6010
Santa Maria, CA 93456-6010
www.RabobankAmerica.com
*Return Service Requested*

**Rabobank**

Period Covered:
December 01, 2017 - December 31, 2017
Page 2 of 2

Joseph D Olsen
1318 East State Street
Rockford IL 61104

| | |
|---|---|
| Case Number | 17-81481 |
| Case Name | ROEPKE. AUGUST H Debtor |
| Trustee Number | 0000330400 |
| Trustee Name | Joseph D Olsen Trustee |

📞 **Questions**
(800) 634-7734
banking@bmsadvantage.com
**www.bmsadvantage.com**

## TRUSTEE CHECKING                                    Account Number: 5021180666

| | | | |
|---|---|---|---|
| Enclosures | 0 | **Beginning Balance** | **$0.00** |
| Avg Collected Balance | $33,897.00 | + Total Additions | $50,853.37 |
| | | - Total Subtractions | $10.00 |
| | | **Ending Balance** | **$50,843.37** |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 12-29 | BANK & TECH FEE | 10.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 12-27 | DEPOSIT 100001 | 50,853.37 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 12-27 | 50,853.37 | 12-29 | 50,843.37 |