**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ROEPKE, AUGUST H § Case No. 17-81481
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,955.00 *(without deducting any secured claims)* | Assets Exempt: $2,860.00 |
| Total Distribution to Claimants: $22,520.62 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $19,944.18 | |

3) Total gross receipts of $ 57,499.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,034.32 (see **Exhibit 2**), yielded net receipts of $42,464.80 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,944.18 | 19,944.18 | 19,944.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 4,644.91 | 4,644.91 | 4,644.91 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 17,875.71 | 17,875.71 | 17,875.71 |
| **TOTAL DISBURSEMENTS** | $0.00 | $42,464.80 | $42,464.80 | $42,464.80 |

4) This case was originally filed under Chapter 7 on June 21, 2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2018          By: /s/JOSEPH D. OLSEN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5015 Brockham Ct State, Woodstock, Illinois 6009 | 1110-000 | 50,853.37 |
| overpayment on second mortgage interest | 1210-000 | 6,645.75 |
| **TOTAL GROSS RECEIPTS** | | **$57,499.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| August H Roepke | exemption | 8100-002 | 15,000.00 |
| ROEPKE, AUGUST H | Surplus Funds Paid to Debtor | 8200-002 | 34.32 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,034.32** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 4,996.48 | 4,996.48 | 4,996.48 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 407.13 | 407.13 | 407.13 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 5,158.50 | 5,158.50 | 5,158.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 80.44 | 80.44 | 80.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 68.14 | 68.14 | 68.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.04 | 58.04 | 58.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.78 | 58.78 | 58.78 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 66.81 | 66.81 | 66.81 |
| Other - International Surities Ltd | 2300-000 | N/A | 18.79 | 18.79 | 18.79 |
| Other - Alfred Elliott d/b/a Urban Assets Recovery | 3991-320 | N/A | 8,963.34 | 8,963.34 | 8,963.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.73 | 57.73 | 57.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$19,944.18** | **$19,944.18** | **$19,944.18** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | IRS 1 | 5800-000 | N/A | 4,644.91 | 4,644.91 | 4,644.91 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $4,644.91 | $4,644.91 | $4,644.91 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 16,630.94 | 16,630.94 | 16,630.94 |
| 1I | Discover Bank | 7990-000 | N/A | 234.87 | 234.87 | 234.87 |
| 2 | Centegra Hospital | 7100-000 | N/A | 477.06 | 477.06 | 477.06 |
| 2I | Centegra Hospital | 7990-000 | N/A | 6.74 | 6.74 | 6.74 |
| 3U | IRS 1 | 7100-000 | N/A | 454.09 | 454.09 | 454.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3PI | IRS 1 | | 7990-000 | N/A | 65.60 | 65.60 | 65.60 |
| 3UI | IRS 1 | | 7990-000 | N/A | 6.41 | 6.41 | 6.41 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | | $0.00 | $17,875.71 | $17,875.71 | $17,875.71 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-81481  
**Case Name:** ROEPKE, AUGUST H  

**Period Ending:** 11/13/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/21/17 (f)  
**§341(a) Meeting Date:** 08/10/17  
**Claims Bar Date:** 03/29/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   5015 Brockham Ct State, Woodstock, Illinois 6009  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 165,000.00 | 50,853.37 | | 50,853.37 | FA |
| 2   Checking account: Bank of America  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 300.00 | 0.00 | | 0.00 | FA |
| 3   Savings account: Bank of America  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 10.00 | 0.00 | | 0.00 | FA |
| 4   Miscellaneous household goods and furnishings  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5   Miscellaneous household electronics: cell phone,  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 150.00 | 0.00 | | 0.00 | FA |
| 6   Used clothing and apparel  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 300.00 | 0.00 | | 0.00 | FA |
| 7   Anticipated 2017 Tax Return: Federal  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28 | 1,100.00 | 0.00 | | 0.00 | FA |
| 8   2011 Mitsubishi Gal ant, 143000 miles, used 2011  Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 28; Original asset description: 2011 Mitsubishi Gallant, 143000 miles, used 2011 | 2,095.00 | 0.00 | | 0.00 | FA |
| 9   overpayment on second mortgage interest  (u) | 7,000.00 | 7,000.00 | | 6,645.75 | FA |
| **9**   Assets   Totals (Excluding unknown values) | **$176,955.00** | **$57,853.37** | | **$57,499.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case was originally filed as a no asset case. Subsequent events indicated there was a surplus at the foreclosure sale of the Debtor's residence in McHenry County. The case was reopened by the U.S. Trustee on or about December 8, 2017. Trustee by his attorneys made two appearances in McHenry County and procured the surplus funds from the Sheriff's sale and now I am pending distribution of the Debtor's amended exemption claim that should occur somewhere around February 20, 2018 and I have to engage the asset locator and then wait for the proof of claim period to expire on or about March 29, 2018. Also, bank's attorney called and said

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 17-81481  
**Case Name:** ROEPKE, AUGUST H

**Period Ending:** 11/13/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 06/21/17 (f)  
**§341(a) Meeting Date:** 08/10/17  
**Claims Bar Date:** 03/29/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

bank miscalculated interest and I should receive another check in the $7-9,000 range.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2018     **Current Projected Date Of Final Report (TFR):**   June 30, 2018

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-81481 | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | ROEPKE, AUGUST H | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***8250 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/13/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/17 | {1} | Katerine M. Keefe | surplus funds from foreclosure of real estate | 1110-000 | 50,853.37 | | 50,853.37 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 50,843.37 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.44 | 50,762.93 |
| 02/27/18 | 101 | August H Roepke | exemption | 8100-002 | | 15,000.00 | 35,762.93 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.14 | 35,694.79 |
| 03/26/18 | {9} | BMO Harris Bank, N.A. | Return of payment overage | 1210-000 | 6,645.75 | | 42,340.54 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.04 | 42,282.50 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.78 | 42,223.72 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.81 | 42,156.91 |
| 06/05/18 | 102 | International Surities Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-81481, Bond No. 016018067, Term: 06/01/2018 to 06/01/2019 | 2300-000 | | 18.79 | 42,138.12 |
| 06/19/18 | 103 | Alfred Elliott d/b/a Urban Assets Recovery | Contingent fee for asset recovery specialist allowed per 6/18/2018 Order (Doc 41) | 3991-320 | | 8,963.34 | 33,174.78 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.73 | 33,117.05 |
| 09/28/18 | 104 | Attorney Joseph D Olsen | Attorney for Trustee fees allowed per 9/19/2018 Order (Doc 47) | 3110-000 | | 5,158.50 | 27,958.55 |
| 09/28/18 | 105 | JOSEPH D. OLSEN | Trustee's Expenses allowed per 09/19/2018 Order (Doc 47) | 2200-000 | | 407.13 | 27,551.42 |
| 09/28/18 | 106 | JOSEPH D. OLSEN | Trustee's fees allowed per 09/19/2018 Order (Doc 47) | 2100-000 | | 4,996.48 | 22,554.94 |
| 09/28/18 | 107 | IRS 1 | | | | 4,710.51 | 17,844.43 |
| | | | Check for Claim 3P   4,644.91 | 5800-000 | | | 17,844.43 |
| | | | Check for Interest Claim 3P   65.60 | 7990-000 | | | 17,844.43 |
| 09/28/18 | 108 | IRS 1 | | | | 460.50 | 17,383.93 |
| | | | Check for Claim 3U   454.09 | 7100-000 | | | 17,383.93 |
| | | | Check for Interest Claim 3U   6.41 | 7990-000 | | | 17,383.93 |
| 09/28/18 | 109 | Discover Bank | | | | 16,865.81 | 518.12 |
| | | | Check for Claim No. 1   16,630.94 | 7100-000 | | | 518.12 |
| | | | Check for Interest Claim 1   234.87 | 7990-000 | | | 518.12 |
| 09/28/18 | 110 | Centegra Hospital | | | | 483.80 | 34.32 |
| | | | Check for Claim 2   477.06 | 7100-000 | | | 34.32 |
| | | | Check for Interest Claim 2   6.74 | 7990-000 | | | 34.32 |

Subtotals :   $57,499.12   $57,464.80

{} Asset reference(s)

Printed: 11/13/2018 01:58 PM   V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 17-81481  
**Case Name:** ROEPKE, AUGUST H  

**Taxpayer ID #:** **-***8250  
**Period Ending:** 11/13/18  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/18 | 111 | ROEPKE, AUGUST H | Surplus Funds Paid to Debtor | 8200-002 | | 34.32 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57,499.12 | 57,499.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 57,499.12 | 57,499.12 | |
| | | | Less: Payments to Debtors | | | 15,034.32 | |
| | | | **NET Receipts / Disbursements** | | **$57,499.12** | **$42,464.80** | |

```
Net Receipts :              57,499.12
Less Payments to Debtor :   15,034.32
                            _____
Net Estate :                $42,464.80
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0666** | 57,499.12 | 42,464.80 | 0.00 |
| | **$57,499.12** | **$42,464.80** | **$0.00** |

{} Asset reference(s)

Printed: 11/13/2018 01:58 PM    V.14.14